1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-442-5230

4
   Attorney for:
5  JIMMY LEUNG

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  96-CR-350 WBS
12 |                      Plaintiff,  | STIPULATION TERMINATING
                                      | PRETRIAL RELEASE CONDITIONS
13 | v.                               | AND SUPERVISION BY PRETRIAL
                                      | SERVICES; PROPOSED ORDER
14 | JIMMY LEUNG, et. al.,            |
15 |                      Defendants, |

16

17                           **STIPULATION**

18     The parties, through undersigned counsel, stipulate that all pretrial release conditions,

19 including supervision by Pretrial Services, imposed on defendant Jimmy Leung on July 17, 1998, may

20 now be terminated.  Termination of supervision has been recommended by Pretrial Services in light of

21 Mr. Leung's compliance with supervision for almost 15 years.

22
   IT IS SO STIPULATED.
23

24

25 DATED:      October 25, 2013

26
                             /s/ William S. Wong
27                           WILLIAM S. WONG
                             Assistant United States Attorney
28

                                    1

1 | DATED: October 25, 2013

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for JIMMY LEUNG

**O R D E R**

IT IS SO ORDERED.

Dated: October 28, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Leung0350.stipord.term.COR

2